DEALY & SILBERSTEIN, LLP
William J. Dealy (WD 9776)
Milo Silberstein (MS 4637)
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066
*Attorneys for Plaintiffs the Trustees of*
*the United Teamster Fund and the Trustees of*
*the United Teamster Pension Fund "A"*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| THE TRUSTEES OF THE UNITED TEAMSTER FUND and THE TRUSTEES OF THE UNITED TEAMSTER PENSION FUND "A" | Case No. 08-cv-4862 |
| | **NOTICE OF DISMISSAL** |
| Plaintiffs, | ECF ACTION |
| - against - | |
| NEWHAVEN DISTRIBUTION SERVICES, INC., and WILLIAM SCHIFFER, | |
| Defendants. | |

------------------------------------------------------------------X

SIRS:

PLEASE TAKE NOTICE that pursuant to FRCP 41(a)(1), the attorneys for Plaintiffs the

TRUSTEES OF THE UNITED TEAMSTER FUND and the TRUSTEES OF THE UNITED

TEAMSTER PENSION FUND "A" hereby discontinue the above-entitled action, as to Defendants

NEWHAVEN DISTRIBUTION SERVICES, INC. and WILLIAM SCHIFFER, without costs to

either party as against the other and without prejudice.

Dated: New York, New York
      August 29, 2008

DEALY & SILBERSTEIN, LLP

By: _____
     Milo Silberstein (MS 4637)
*Attorneys for Plaintiffs the Trustees of the*
*United Teamster Fund and the Trustees of*
*the United Teamster Pension Fund "A"*
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066